UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

GLADYS XIOMARA DELAROSA,

                              Plaintiff,

                                                        Civil Action No.

    v.                                                17 Civ. 6545 (LTS)

KILOLO KIJAKAZI
ACTING COMMISSIONER OF                   Proposed Order Reopening Case
SOCIAL SECURITY,                                 For the Purpose of Entering
                                                      Judgment for Plaintiff

                                Defendant.
-------------------------------------------------------------x

It is hereby ordered that the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff is approved.

      IT IS HEREBY ORDERED, that this case is reopened. The Court will issue a separate judgment.


Dated:   September 13, 2022                      /s/ Laura Taylor Swain
                                                  HON. LAURA TAYLOR SWAIN
                                                  Chief United States District Judge