UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

GLADYS XIOMARA DELAROSA,

                            Plaintiff,

                                                                Civil Action No.
    v.                                                     17 Civ. 6545 (LTS)

KILOLO KIJAKAZI
ACTING COMMISSIONER OF                    Proposed Judgment
SOCIAL SECURITY,

                            Defendant.
-------------------------------------------------------------x


The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.


Dated:    September 13, 2022                      /s/ Laura Taylor Swain
                                                      HON. LAURA TAYLOR SWAIN
                                                      Chief United States District Judge